ATTORNEY GRIEVANCE COMMISSION    \*    IN THE
OF MARYLAND    \*    COURT OF APPEALS
   \*    OF MARYLAND
     Petitioner,    \*
   \*    Misc. Docket AG
v.    \*
   \*    No. 0019
BRANDI SHANEE NAVE    \*
   \*    September Term, 2018
     Respondent.    \*
   \*

## ORDER

WHEREAS, this matter came before the Court upon the filing of a Petition for Disciplinary or Remedial Action, with a certified copy of an Opinion and Order of the District of Columbia Court of Appeals filed March 8, 2018, disbarring Brandi S. Nave from the practice of law in the District of Columbia; and

WHEREAS, the District of Columbia Court of Appeals, by an Opinion and Order filed November 29, 2018, vacated its March 8, 2018 opinion and imposed a modified sanction suspending the Respondent, Ms. Nave, for one year, effective from the date she files an affidavit required by D.C. Bar Rule XI, § 14(g); and

WHEREAS, the District of Columbia Court of Appeals, by a Per Curiam Order filed January 15, 2019, denied Disciplinary Counsel's motion to remand and the Respondent's petition for immediate reinstatement or in the alternative to supplement her D.C. Bar Rule XI, § 14(g) affidavit *nunc pro tunc*, while also ordering *sua sponte* that the Respondent must demonstrate fitness pursuant to D.C. Bar Rule XI, § 3(a)(2), as a condition of reinstatement; and

WHEREAS, Brandi Shanee Nave is also admitted to the Bar of this Court;

NOW, THEREFORE, it is this __22nd__ day of ____February____, 2019,

ORDERED, by the Court of Appeals of Maryland, in accordance with Maryland Rule 19-737(d), that Brandi Shanee Nave, Respondent, is hereby suspended, effective immediately, from the practice of law in the State of Maryland, pending further order of this Court; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Brandi Shanee Nave from the register of attorneys in this Court and comply with the notice provisions of Maryland Rule 19-761(b).

/s/ Mary Ellen Barbera
Chief Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk